**Opinion issued November 8, 2012**



In The

# Court of Appeals

For The

# First District of Texas

―――――――――――――

## NO. 01-12-00623-CV

―――――――――――――

**OPAJ, LP, TRACY V. PATTON, SVP INVESTMENTS I, LLC,
AND CHAD M. PATTON, Appellants**

**V.**

**JPMORGAN CHASE BANK, N.A., Appellee**

**On Appeal from the 67th District Court
Tarrant County, Texas[1]
Trial Court Cause No. 067-256386-11**

―――――――――――――

[1] Pursuant to its docket equalization authority, the Supreme Court of Texas transferred the appeal to this Court. *See* Misc. Docket No. 12–9107 (Tex. Jun. 18, 2012); *see also* TEX. GOV'T CODE ANN. § 73.001 (West 2005) (authorizing transfer of cases).

## MEMORANDUM OPINION

Appellant has filed an unopposed motion to dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). No opinion has issued. *See* TEX. R. APP. P. 42.1(c).

Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). We dismiss all other pending motions as moot.

## PER CURIAM

Panel consists of Chief Justice Radack and Justices Bland and Huddle.